[No. 3435–6–III.   Division Three.   November 18, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
WILLIAM CRANE, *Appellant.*

Appeal from a judgment of the Superior Court for
Kittitas County, No. C–7737, Howard J. Thompson, J. Pro

Tem., entered May 7, 1979. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Roe, JJ.